874 A.2d 1142

**In the Matter of P. Jules PATT**

**Petition for Reinstatement.**

**No. 401 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 27, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 27th day of April, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 2, 2005, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.